UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
DOCKET NO. 5:02CR00015-001

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| vs. | ) | ORDER OF ABATEMENT |
| | ) | |
| ROBERT FRANCIS SMITH, JR. | ) | |

It now appearing to the court that the said Robert Francis Smith, Jr. died on or about August 2, 2003. At which time a remaining liability existed in the amount of $12,231.70.

**THEREFORE**, the court does find and conclude that the judgment did abate with the death of said debtor.

This the _19_ day of _September_, 2011

Terrance W. Boyle
U.S. District Court Judge